# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 13 CR 40030-1-TSH |
| | ) | |
| **MILDRED MARTINEZ,** | ) | |
| **Defendant** | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

    Now comes the defendant and moves this Honorable Court to continue the sentencing date to a date convenient with the Court on or about November 15, 2014.

    This request is made with the assent of the government, and for the purpose of finalizing the recommendations of each party in light of ongoing issues involved in the case.

MILDRED MARTINEZ,
By her attorney,

*/s/ Beverly B. Chorbajian*
Beverly B. Chorbajian
BBO # 566893
390 Main Street, Suite 659
Worcester MA 01608
Tel. (508) 755-8072
Fax (508) 791-8994
Email: bchor.law@verizon.net

Dated: September 2, 2014

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on September 2, 2014.

/s/ Beverly B. Chorbajian
Beverly B. Chorbajian, Esq.
BBO # 566893
390 Main street, Suite 659
Worcester MA 01608
(508) 755-8072
bchor.law@verizon.net