UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                              CRIMINAL NO.  13-CR-40030-TSH

**MILDRED D. MARTINEZ**

**ASSENTED-TO MOTION TO CONTINUE SENTENCING DATE**

Now comes the defendant, Mildred D. Martinez, through counsel and requests this Honorable Court continue the sentencing date for approximately two weeks, to a date convenient with the Court.  As grounds for this motion, the defendant is requesting this additional time to complete child-care arrangements for her two young children, in the event that she is incarcerated on the sentencing date.

The government has been consulted and does not object to this motion to continue.

Respectfully submitted,

MILDRED D. MARTINEZ,
By her attorney,

*/s/ Beverly B. Chorbajian*
Beverly B. Chorbajian
BBO # 566893
390 Main Street, Suite 659
Worcester MA 01608
Tel. (508) 755-8072
Fax (508) 791-8994
Bchor.law@verizon.net

Dated: November 19, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via facsimile transmission and first-class mail to those indicated as non-registered participants on November 19, 2014.

/s/ *Beverly B. Chorbajian*

Beverly B. Chorbajian
BBO No. 566893
390 Main Street, Suite 659
Worcester, MA 01608
Tel. : (508) 755-8072
Fax: (508) 791-8994
Email: Bchor.law@verizon.net